## GERTRUDE O. WEISS *v.* CITY OF STAMFORD ET AL.
### (12314)

DUPONT, C. J., HEIMAN and FREEDMAN, Js.

Argued January 13—decision released February 1, 1994

*Tobias Weiss,* for the appellant (plaintiff).

*James V. Minor,* assistant corporation counsel, with whom, on the brief, was *Daniel M. McCabe,* corporation counsel, for the appellees (defendants).

PER CURIAM. The judgment is affirmed.